**26** MERCHANTS MUTUAL INSURANCE COMPANY, Individually and as Subrogee of TOTH TRUCKING COMPANY, INC., and Another, Respondent, v AMBASSADOR INSURANCE COMPANY, INC., et al., Defendants, and PUBLIC SERVICE TRUCK RENTING, INC., Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Same memorandum as in *Public Serv. Truck Renting v Ambassador Ins. Co.* ([appeal No. 1], 136 AD2d 911 [decided herewith].) (Appeal from order of Supreme Court, Erie County, Mintz, J.—change of venue.) Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.